Stacey C. Stone, Esq.
Email: sstone@hwb-law.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HEATHER BENNETT, JAMES BARRETT, AMY BREAUX, NATHAN CAREY, KENNY KNAPP, PATRICIA MORGAN, RIK PRUETT, and JESSICA WARMBRODT,<br><br>     Plaintiffs,<br><br> v.<br><br>BETH WELDON, in her capacity as Mayor for the City and Borough of Juneau, MICHELLE BONNET HALE, WADE BRYSON, WÁAHLAAL GÍIDAAK BARBARA BLAKE, MARIE GLADZISZEWSI, ALICIA HUGHES-SKANDIJS, GREG SMITH, CAROLE TRIEM, and CHRISTINE WOLL; in their capacity as members of the Assembly for the City and Borough of Juneau,<br><br>     Defendants. | Case No. 1:22-cv-00002-SLG |

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, AK 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

## NOTICE REGARDING SETTLEMENT STATUS

   COME NOW Plaintiffs Heather Bennett, James Barrett, Amy Breaux, Nathan Carey,

Kenny Knapp, Patricia Morgan, Rik Pruett, and Jessica Warmbrodt (hereinafter "Plaintiffs"),

by and through their counsel of record, Holmes Weddle & Barcott, P.C., and hereby notify the

court that the parties are in the process of finalizing all documents related to settlement. The

parties anticipate filing related documents to resolve the pending matter with the court on or

before Friday, May 27, 2022.

NOTICE REGARDING SETTLEMENT STATUS          Page 1 of 2
*Heather Bennett, et al. v. Beth Weldon, et al.*         Case No. 1:22-cv-00002-SLG

Case 1:22-cv-00002-SLG  Document 10  Filed 05/23/22  Page 1 of 2

DATED this 23rd day of May, 2022, at Anchorage, Alaska.

HOLMES WEDDLE & BARCOTT, P.C.
Attorneys for Plaintiffs

By: *s/ Stacey C. Stone*
Stacey C. Stone
Alaska Bar No. 1005030

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 23rd day of May, 2022, a true and correct copy of the foregoing was served by U.S. Mail to the following:

Mayor Beth Weldon
Michelle Bonnet Hale
Wade Bryson
Wáahlaal Gíidaak Barbara Blake
Marie Gladziszewsi
Alicia Hughes-Skandijs
Greg Smith
Carole Triem
Christine Woll
c/o Barbara McEwen, Municipal Clerk
City and Borough of Juneau
155 S. Seward Street
Juneau, Alaska 99801

By:     *s/ Stacey C. Stone*
Holmes Weddle & Barcott, P.C.

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, AK 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

NOTICE REGARDING SETTLEMENT STATUS                                      Page 2 of 2
*Heather Bennett, et al. v. Beth Weldon, et al.*                        Case No. 1:22-cv-00002-SLG
Case 1:22-cv-00002-SLG   Document 10   Filed 05/23/22   Page 2 of 2